# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CORAZON CRUZ CHAI, individually and ) <br> d/b/a/ INANG'S TAPSI & BBQ, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:09-cv-00450 AWI GSA <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT <br><br> (Document 20) |

Plaintiff J & J Sports Productions, Inc. filed its complaint on March 10, 2009. (Doc. 1.) On September 21, 2009, following a settlement conference before Magistrate Judge Gary S. Austin, the parties agreed to a settlement and the terms of the agreement were placed on the record. (Doc. 15.)

On June 11, 2010, Plaintiff a motion seeking to enforce the settlement agreement. (Doc. 17.) Defendant did not file an opposition to the motion. The motion was heard before the Magistrate Judge on July 16, 2010. Defendant did not appear. (Doc. 19.)

On July 28, 2010, the Magistrate Judge filed Findings and Recommendations that Plaintiff's motion to enforce the settlement be granted, and that judgment be entered for Plaintiff J & J Sports Productions, Inc., and against Defendant Corazon Cruz Chai in the sum of $5,000.00. The Findings and Recommendations were served on all parties and contained notice

that any objections were to be filed within fourteen days of service of the recommendations. No party has filed objections.

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 28, 2010, are ADOPTED IN FULL;
2. Plaintiff's Motion to Enforce Settlement Agreement is GRANTED; and
3. JUDGMENT shall be entered in favor of Plaintiff J & J Sports Productions, Inc. and against Defendant Corazon Cruz Chai, individually and d/b/a INANG'S TAPSI & BBQ, in the amount of $5,000.00.

IT IS SO ORDERED.

Dated:   September 3, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE